1  Alan J. Kessel (Cal. Bar No.: 130707)
   Suzanne M. Burke (Cal. Bar No.: 188597)
2  Kimberly R. Colombo (Cal. Bar No.: 210451)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182

6  Attorneys for Plaintiff DIRECTV, INC.

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**  *E-FILED - 4/20/05*

| | |
|---|---|
| 11  DIRECTV, INC., a California corporation, | Case No. CV 04-5050 RMW |
| 12              Plaintiff, | Hon. Ronald M. Whyte |
| 13       vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT SAUL CEBALLOS AND REQUEST TO RETAIN JURISDICTION; ORDER THEREON** |
| 14  SAUL CEBALLOS, | |
| 15              Defendant. | |

16

17       IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

18 ("DIRECTV") and Defendant Saul Ceballos ("Defendant"), through their respective counsel of

19 record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to

20 Fed. R. Civ. P. 41(a)(1). Each of said parties to bear its/his/her own costs and attorney's fees.

21       The terms of the Confidential Settlement Agreement dated March 3, 2005

22 ("Agreement") entered into between the Defendant and DIRECTV require installment payments

23 from Defendant, the last of which is not due to be received until April 2006. If the Defendant

24 does not make any payment under the Agreement when due, DIRECTV is authorized to seek the

25 entry of a Judgment in this action against Defendant pursuant to a Stipulation for Entry of

26 Judgment ("Stipulation") executed by the parties concurrently with the Agreement. The parties

27 therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction

28 over them by this Court and to reference to a Magistrate Judge in this District for the purpose of

1  enforcing the payment terms of the Agreement, including entering a Judgment against Defendant
2  pursuant to the Stipulation.  The parties therefore respectfully request that the Court retain such
3  jurisdiction.

4
5  DATED: April 7, 2005                          Respectfully Submitted,

6                                                BUCHALTER, NEMER, FIELDS & YOUNGER
                                                  A Professional Corporation
7
8
9                                                By:    /s/ Kimberly R. Colombo
                                                        Kimberly R. Colombo
10                                                      Attorneys for Plaintiff DIRECTV, Inc.

11  DATED: March 30, 2005
12
13                                                By: /s/ Saul Ceballos
                                                       Saul Ceballos
14                                                     Defendant
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BNFY 513345v1                           -2-                              (CV 04-5050 RMW)
**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT SAUL CEBALLOS AND REQUEST
TO RETAIN JURISDICTION; ORDER THEREON**

# ORDER

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant Saul Ceballos and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefore, IT IS HEREBY ORDERED:

(1) Defendant Saul Ceballos is hereby dismissed from this action without prejudice;

(2) Each of said parties to bear its/his/her own costs and attorney's fees; and

(3) The Court shall retain jurisdiction over DIRECTV and Defendant Saul Ceballos to enforce the terms described above of the Settlement Agreement between those parties dated March 3, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District.

Dated: 4/20/05

/S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
Judge of the United States District Court
Northern District of California